RECEIVED CHAMBERS OF

FEB 08 2008

JUDGE SCHEINDLIN

FEBRUARY 08, 2008

TO: THE DEPUTY LAW CLERK
JIM REILY
FOR THE ATTENTION OF JUDGE SHIRA A. SCHEINDLIN
COURT ROOM 15C, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, ROOM 1620
NEW YORK, NEW YORK 10007
TEL: (212) 805-0246, FAX: (212) 805-7920

FROM JOHN OJWANG' OMOLLO
60 POLO FIELDS, 2196
CULLINAN CLOSE, MORNINGSIDE
JOHANNESBURG
SOUTH AFRICA, TEL: +27729021959

Dear Sir,

RE: **JOHN OJWANG' OMOLLO, Plaintiff, -against- CITIBANK, NA et al, Defendants. DOCKET NUMBER 07 CIV. 9259(SAS)**

May I take this opportunity to first convey my gratitude to Your Honour for consideration and granting me the IFP status.

I would also like to take this opportunity to make my humble prayer to request Your Honour's extension to the 120-day time period that ends on February 16, 2008, however set at February 29, 2008 by Your Honour per letter dated November 20, 2007. I did send the Summons to the United States Marshalls on January 03, 2008, who served the two Defendants in this case on or about January 04, 2008. Whilst the Second Defendant has not yet acknowledged receipt, the First Defendant had changed addresses and the service was returned unserved. The United States Marshalls advised me in our last telephonic discussion, that they would personally serve the Second Defendant, but would need fresh form USM-285 with correct address to serve the First Defendant. Given my distance being in South Africa, it would be cumbersome and onerous on the Pro Se Office to mail the forms to me and I in turn mail them back. I have made plans to travel to the United States for purposes of this case to facilitate efficient processing of communication and administration of the Case. My travel plans should be concluded in the next 30 days. I therefore kindly request Your Honour for a 60 Day extension of the initial 120-day time limit. Kindly note my change of address as stated on the header above, the same is being communicated to the Pro Se Office.

Yours truly,

John Ojwang' Omollo

*[Handwritten note: Request granted but no further adjournments. Time to make service is extended to and including April 30, 2008. So ordered. 2/8/08]*