February 25, 2008

VIA ~~EMAIL~~ FAX

Rachael M. Manne

Associate

Kramer Levin Naftalis and Frankel

1177 Avenue of the Americas

New York, NY 10036-2714

Phone 212-715-9241

                        WITHDRAWAL OF COMPLAINT
                        AGAINST THE SECOND
                        DEFENDANT, Mr Charles Prince

Dear Rachael M. Manne,

RE: *John Ojwang' Omollo v. Citibank N.A. and Charles Prince Docket No. 07 Civ. 9259 (SAS)*

Pursuant to the conference held in Room 15C at the offices of Honorable Judge Shira A. Scheindlin at the United States District Courthouse, The Daniel Patrick Moynihan United States Courthouse, 500, Pearl Street, New York, New York – 10007-1312 from 11.30AM, I hereby withdraw the complaint against the second Defendant *Mr. Charles Prince*. My complaint against the first Defendant, *Citibank N.A.* is still in force.

Very Truly Yours

John Ojwang' Omollo

CC Judge Shira A. Scheindlin by ~~hand delivery at the Pro Se Office.~~ FAX

---

*Handwritten order:*

With plaintiff's consent, defendant Charles Prince is hereby dismissed from the action bearing docket number 07 Civ. 9259. The Clerk of the Court is directed to alter the caption accordingly.

Date: Feb. 25, 2008

SO ORDERED:

Shira A. Scheindlin, USDJ