UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
––––––––––––––––––––––––––––––––––––––––– x
JOHN OJWANG' OMOLLO,                       :
                                           :
                        Plaintiff,         :  07 Civ. 9259 (SAS)
                                           :
            - against -                    :  **NOTICE OF APPEARANCE**
                                           :
CITIBANK, N.A.,                            :
                                           :
                        Defendant.         :
––––––––––––––––––––––––––––––––––––––––– x

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for defendant Citibank, N.A. and demands that copies of all papers hereafter served in this action be served upon the undersigned at the office and address stated below.

Dated:   New York, New York
         March 12, 2008

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                    By:_____s/ Rachel M. Manne_____
                                         Kevin B. Leblang (KL-3183)
                                         Rachel M. Manne (RM-7151)
                                    1177 Avenue of the Americas
                                    New York, New York  10036
                                    (212) 715-9100

                                    Attorneys for Defendant Citibank, N.A.

TO:   John Ojwang'Omollo
      c/o Hephzibah House
      51 West 75th Street
      New York, New York 10023

      *Pro se* Plaintiff

KL3 2643352.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN OJWANG' OMOLLO,

                                        Plaintiff,

- against -

CITIBANK, N.A.,

                                        Defendant.

---

**NOTICE OF APPEARANCE**

---

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*Attorneys for Defendant Citibank, N.A.*

1177 Avenue of the Americas  New York, New York  10036
(212) 715-9100

*All communications should be referred to:*
Kevin B. Leblang
Rachel M. Manne