UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- x
JOHN OJWANG' OMOLLO,                      :
                                          :
                 Plaintiff,               :   07 Civ. 9259 (SAS)
                                          :
         - against -                      :   **RULE 7.1 STATEMENT**
                                          :
CITIBANK, N.A.,                           :
                                          :
                 Defendant.               :
----------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Citibank, N.A. certifies that (a) no publicly held corporation owns 10 percent or more of Citibank's stock, and (b) Citibank is wholly owned by Citicorp Holdings Inc., which is wholly owned by Citigroup Inc.

Dated:  New York, New York
          March 12, 2008

                       KRAMER LEVIN NAFTALIS & FRANKEL LLP

                       By:       s/Rachel M. Manne
                             Kevin B. Leblang (KL-3183)
                             Rachel M. Manne (RM-7151)
                       1177 Avenue of the Americas
                       New York, New York  10036
                       (212) 715-9100

                       Attorneys for Defendant Citibank, N.A.

TO:    John Ojwang'Omollo
        c/o Hephzibah House
        51 West 75th Street
        New York, New York 10023

        *Pro se* Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN OJWANG' OMOLLO,

                                Plaintiff,

- against -

CITIBANK, N.A.,

                                Defendant.

---

**RULE 7.1 STATEMENT**

---

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*Attorneys for Defendant Citibank, N.A.*

1177 Avenue of the Americas  New York, New York  10036
(212) 715-9100

*All communications should be referred to:*
Kevin B. Leblang
Rachel M. Manne