UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOHN OJWANG' OMOLLO,

                Plaintiff,

       - against -

CITIBANK, N.A.,

                Defendant.

------------------------------------------------------------ x

07 Civ. 9259 (SAS)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendant Citibank N.A.'s Motion to Dismiss and the Declaration of Gert Johannes Petrus Olivier, dated March 11, 2008, the undersigned will move this Court, before the Honorable Shira Scheindlin, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on April 9, 2007, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, for an Order pursuant to the doctrine of *forum non conveniens*: (i) dismissing the Complaint; and (ii) granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
          March 12, 2008

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                          By:        s/ Rachel M. Manne
                                                Kevin B. Leblang (KL-3183)
                                                Rachel M. Manne (RM-7151)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          (212) 715-9100
                                          Attorneys for Defendant Citibank, N.A.

TO:    John Ojwang'Omollo
        c/o Hephzibah House
        51 West 75th Street
        New York, New York 10023
        *Pro se* Plaintiff

KL3 2643346.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN OJWANG' OMOLLO,

                                                       Plaintiff,

- against -

CITIBANK, N.A.,

                                                       Defendant.

---

**NOTICE OF MOTION**

---

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*Attorneys for Defendant Citibank, N.A.*

1177 Avenue of the Americas  New York, New York  10036
(212) 715-9100

*All communications should be referred to:*
Kevin B. Leblang
Rachel M. Manne