UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOHN OJWANG' OMOLLO,

              Plaintiff,        07 Civ. 9259 (SAS)

    - against -             STIPULATION AND ORDER

CITIBANK, N.A.,

              Defendant.
------------------------------------x

      IT IS HEREBY STIPULATED AND ORDERED that plaintiff's time to file opposition papers in response to defendant's motion to dismiss is extended from March 26, 2008 to March 31, 2008 and that defendants' time to respond to plaintiff's opposition papers is extended from April 9, 2008 to April 15, 2008.

Dated:  New York, New York
         March 20, 2008


John Ojwang' Omollo, Plaintiff

_____
March 20, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Kevin B. Leblang (KL 3183)
Rachel M. Manne (RM 7151)

1177 Avenue of the Americas
New York, New York 10036
T: (212) 715-9513
Attorneys for Defendant


_____
Honorable Shira S. Scheindlin
U.S.D.J.
3/20/08

KL3 2643887.1