# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
MAY 0 7 2008
S. D. OF N.Y.

----------------------------------------------------------X

JOHN OJWANG' OMOLLO,

                          Plaintiff,

                -against-

CITIBANK, N.A.,

                         Defendant.

----------------------------------------------------------X

07 **CIVIL** 9259 (SAS)

## JUDGMENT

# SCANNED

Defendant having moved to dismiss, and the matter having come before the Honorable Shira

A. Scheindlin, United States District Judge, and the Court, on May 6, 2008, having rendered its

Opinion and Order granting defendant's motion to dismiss, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated May 6, 2008, defendant's motion to dismiss is granted; accordingly,

the case is closed.

**Dated:** New York, New York
       May 7, 2008

                          **J. MICHAEL McMAHON**

                            **Clerk of Court**

         **BY:**

                            **Deputy Clerk**

                  **THIS DOCUMENT WAS ENTERED**
                  **ON THE DOCKET ON** _____